[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Jack Newson

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Oakton Community College

**RECEIVED**
AUG 27 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case No: 1:19-CV-02462
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**          **AMENDED COMPLAINT**

✓       **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
        **U.S. Code** (state, county, or municipal defendants)

____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
        **28 SECTION 1331 U.S. Code** (federal defendants)

____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

    A.    Name: _____

    B.    List all aliases: _____

    C.    Prisoner identification number: _____

    D.    Place of present confinement: _____

    E.    Address: _____

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: _____

           Title: _____

           Place of Employment: _____

    B.    Defendant: _____

           Title: _____

           Place of Employment: _____

    C.    Defendant: _____

           Title: _____

           Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

   A. Name of case and docket number: 1:19-CV-02462

   B. Approximate date of filing lawsuit: N/A

   C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Jack Newson

   D. List all defendants: Kerri Lynn fEezko

   E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

   F. Name of judge to whom case was assigned: John J. tharp JR.

   G. Basic claim made: Discrimination

   H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): No

   I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

---------- Forwarded message ---------
From: Evulholic <evulholic@gmail.com>
Date: Wed, Aug 21, 2019, 5:41 PM
Subject: amended complaint ( newson vs oakton )
To: Evulholic <evulholic@gmail.com>

*amend complaint*

*state of claim*

Hi your honor my name is jack newson im a pro se im the plaintiff in this case im claiming im a qulified individual with a learning disability so be reasonable with me your honor
I want to challege the motion to not dismiss this case your honor i say this because
I jack newson bring this matter before the court of law because

im claiming the defendent ms chris the coordinator ,mr mark the psycologist and ms pat the manager
caused my section 504 rights and my ada rights to be violated by them not giving me reviews hints and example on my math and english assignments because of my learning impairment im claiming i requested a reasonable accommodation at the end of january of 2019 between 11- 2pm if im not mistaking i say this because im claiming i needed help on my math course and english course so that i can get a great understanding on how to do my math and english course because its hard for me to catch on quick like other students because of my disability im claiming ms chris the coordinator caused my ada rights and my section 504 rights to get violated march the 13th 2019 between 11- 1:11pm
im claiming im a qulified student with a mental impairment the defendent ms chris refused to give me a reasonable accommodations as in hints examples and reviews
im claiming ms chris the coordinator said the accomidation i requested for is for high schoolers by the defendent telling me that
im claiming ms chris and ms pat and mr mark caused my ada rights and my section 504 to be violated theses are federal laws im protected by
im claiming me and the defedent ms pat the manager had a verbal agreement back in january 2019
im claiming i requested a reasonable accommodation
Because i needed help in my math and english assignment the defendant said the only way i can get a reasonable accommodation as if i request my iep from my old school and have my old school fax my iep to the defendent so that thay can give me the help i need
im claiming the defendent ms pat fail to do so wend she recieved my iep
causing me to be misled unexpectedly
and she caused the verbal agreement she has with me to be breached because
she didnt keep her word
im claiming The defendent knows im a qulified student with a learning disability by law
And im claiming the defendent knows i have a iep
im claiming the defendent knows im protected by section 504 and ada federal laws because im a qulified student with a disability
im claiming the defendent knows im on ssi
im claiming i verbally shared my information with the defendent wend i had a verbal agreement with the defendent ms pat at the end of january of 2019 wend i requested a reasonable accomidation so that the defendent can be aware of my problems
im claiming By law im a qulified student with a disabilitie
im claiming the academic program oakton communitie college has to do some adjustments to my math and english course wend i request a reasonable accommodation by law
So that i can get the help i need
im claiming By law oakton community college has to serve me because im protected by federal laws
im claiming if the defendent dont obey the law the defendent unlawful actions will be used against

the defendent in the court of law
Im claiming oakton community college worker ms chris the coordinater refuse to give me a reasonable acommidation wend i requested hints examples and reviews
causing me to fail my math and english classes wend the defendent refused to serve me
im claiming She said she cant acommidate me on my needs because the request i asked for is for high schoolers by her telling me that on march 13 2019 around 11am
im claiming she made a big mistake by not serving me the help i need
im claiming she knows im a qulified student with a learning impairment with a iep
im claiming it shouldnt be kno way i get treated differently because i asked for the help i need on my math and english assignment
im claiming i tryed tutoring january 24, 2019 3pm but tutoring does not give me the help i need
im claiming tutoring only gives me limited help
im claiming the way i conversate is the way i use freedom of speech
im claiming i have a mental impairment and a speaking impairment and a writing impairment so be reasonable with me your honor im protected by federal laws because of my learning impairment
Therefore i am asking the court to award me $300,000 in damages because
Under both the Americans with Disabilities Act, as recently amended, and Section 504 of the 1973 Rehabilitation Act, a reasonable accommodation is considered to be a modification or adjustment to a course, program, service, or facility, which ensures that a qualified student with a disability is not excluded, segregated, or otherwise treated differently

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I need the Judge to grant me the 300,000 damage for the defendant Oakton Community College owes me for not serveing me read I showed proof I'm a qualified Student with a Learning Impairment

VI.  The plaintiff demands that the case be tried by a jury.   ☐ YES   ☒ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __27__ day of __Aug__, 20__19__

_____
(Signature of plaintiff or plaintiffs)

Jack Neason
(Print name)

_____
(I.D. Number)

13 N ashbel ave Hillside, IL 60162
(Address)

Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]